IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY EDWARDS | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 3:17cv969-HSO-LRA |
| | § | |
| MERIT HEALTH MADISON | § | DEFENDANT |

## FINAL JUDGMENT

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 11th day of December, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE